IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DON L. JEFFERSON,                              No. CIV S-08-1367-CMK-P

       Petitioner,

  vs.                                                            ORDER

M. KRAMER,[1]

       Respondent.

_____/

       Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's amended petition for a writ of habeas corpus (Doc. 11).

       The court has examined the petition as required by Rule 4 of the Federal Rules Governing Section 2254 Cases. It does not plainly appear from the petition and any attached exhibits that petitioner is not entitled to relief. See id. Respondent, therefore, will be directed to file a response to petitioner's petition. See id. If respondent answers the petition, such answer must comply with Rule 5 of the Federal Rules Governing Section 2254 Cases. Specifically, an

---

[1] The Clerk of the Court will be directed to update the docket to reflect that M. Kramer is the only respondent named in the amended petition.

1

answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the issue(s) presented in the petition.  See id.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to update the docket to reflect that M. Kramer is the only respondent named in the amended petition;

2. Respondent is directed to file a response to petitioner's amended petition within 60 days from the date of service of this order;

3. Petitioner's traverse or reply (if respondent files an answer to the amended petition), if any, or opposition or statement of non-opposition (if respondent files a motion in response to the amended petition) shall be filed and served within 30 days of service of respondent's response; and

4. The Clerk of the Court shall serve a copy of this order, together with a copy of petitioner's amended petition for a writ of habeas corpus on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: September 12, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE