1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                   **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    DON L. JEFFERSON,                          No. CIV S-08-1367-CMK-P

12                    Petitioner,

13         vs.                                   <u>ORDER</u>

14    M. KRAMER,

15                    Respondent.

16    _____/

17              Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of

18    habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's motion for

19    an extension of time (Doc. 17) to file a traverse.  Good cause appearing therefor, the request is

20    granted.  Petitioner may file a traverse within 30 days of the date of this order.

21              IT IS SO ORDERED.

22    DATED: December 5, 2008

23

24                                          _____
                                            **CRAIG M. KELLISON**
25                                          UNITED STATES MAGISTRATE JUDGE

26

                                        1